IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

    v.                                        Case No. 20-cv-750-jdp

BREANN SCHULTZ,

          Defendant.

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in all accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of the plaintiff, United States of America, and against the defendant, Breann Schultz, as follows:

    Principal                                          $27,690.44

    Interest through September 30, 2019      $19,884.69

|  |  |
|---|---|
| Interest from October 1, 2019 Through November 5, 2020 | $ 3,309.63 |
| TOTAL | $50,884.76 |

together with interest thereon at the rate of 10.875% per annum until the date judgment is entered, a civil filing fee of $400.00, plus interest on the judgment at the legal rate until satisfaction of the debt.

Dated this   9th   day of  November , 2020.

       s/ Peter Oppeneer
PETER OPPENEER
Clerk of Court

Dated this   9th   day of  November , 2020.

PETER OPPENEER
Clerk of Court

By:   s/ K. Frederickson

Deputy Clerk of Court